No. 09-11156. Wilbert Bubba Smith, Petitioner v. United States.

562 U.S. 864, 131 S. Ct. 148, 178 L. Ed. 2d 90, 2010 U.S. LEXIS 6540.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-11157. Steve Badue, Petitioner v. Cheryl Chun Meegan, Judge, Superior Court of California, Sacramento County, et al.

562 U.S. 864, 131 S. Ct. 149, 178 L. Ed. 2d 90, 2010 U.S. LEXIS 6537.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-11158. Eugene Johnny Williams, Petitioner v. North Carolina.

562 U.S. 864, 131 S. Ct. 149, 178 L. Ed. 2d 90, 2010 U.S. LEXIS 6797.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of North Carolina denied.

Same case below, 363 N.C. 689, 686 S.E.2d 493.

No. 09-11160. Eloy Martinez-Dempwolf, Petitioner v. United States.

562 U.S. 864, 131 S. Ct. 149, 178 L. Ed. 2d 90, 2010 U.S. LEXIS 6873.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-11161. Daniel Deron Johnson, Petitioner v. Billy Mitchem, Warden, et al.

562 U.S. 865, 131 S. Ct. 149, 178 L. Ed. 2d 90, 2010 U.S. LEXIS 6558.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-11162. Nolan Turner, III, Petitioner v. Burl Cain, Warden.

562 U.S. 865, 131 S. Ct. 149, 178 L. Ed. 2d 90, 2010 U.S. LEXIS 6726.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-11164. Veronica R. Pearson, Petitioner v. Danny Brace, et al.

562 U.S. 865, 131 S. Ct. 149, 178 L. Ed. 2d 90, 2010 U.S. LEXIS 6492,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 329 Fed. Appx. 743.

No. 09-11165. Claudio Montero, Petitioner v. Walt Wells, Warden, et al.

562 U.S. 865, 131 S. Ct. 152, 178 L. Ed. 2d 90, 2010 U.S. LEXIS 6508.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.